**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-00331-01/09-CR-W-DGK |
| | ) | |
| LEANN TURNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RESTITUTION JUDGMENT

1.     The defendants in the above case have been sentenced to pay the amounts of restitution reflected in Attachment A attached hereto.

2.     The victims' names and each victim's total loss, including the properties and loan numbers from which the restitution amounts arise, are as listed in Attachment A hereto.

3.     The defendants with joint and several liability, including defendants in the case of *United States v. Clark*, Case No. 08-00297-CR-W-FJG (identified by an asterisk), are as listed in Attachment A hereto.

4.     Restitution payments shall be made in accordance with each defendant's individual Judgment and Commitment form.


          /s/ Greg Kays
          Greg Kays
          Chief United States District Judge


Dated:   October 2, 2014